**NACMIAS LAW FIRM PLLC**

592 PACIFIC ST. 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

April 22, 2024

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007
Tel (212) 805-0294
Courtroom 619
ChambersNYSDRamos@nysd.uscourts.gov

RE:  *VOLFMAN v. THE CROSSETT GROUP, LLC d/b/a CAFÉ SKYE and ST. CLARKS PROPERTIES, LLC*
**DOCKET NO. 1:24-cv-02005-ER**

Dear Judge Ramos:

The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write jointly with defendants' counsel to advise the Court that this case has been settled in principle.

The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next thirty (30) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, including the date for defendants' to file an answer, and allow the parties thirty (30) days to finalize settlement.

Thank you for your time and consideration on this matter.

Respectfully,

By: /s/ Andre Autz

Andre Autz, Esq.
*Attorney for Plaintiff*
Nacmias Law Firm, PLLC
592 Pacific Street, 1st Floor
Brooklyn, NY 11217
T: 929-295-4759
aautz@nacmiaslaw.com